DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEITH SIROTA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-0811

[March 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 2006CF001809AXX.

Carey Haughwout, Public Defender, and Stacey Kime, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***